# Exhibit A

Filed for Record
11/4/2025 4:01 PM
Cassandra C. Tigner, District Clerk
Brazoria County, Texas
137453-CV
Carly Whistler, Deputy

**CAUSE NO. 137453-CV**

| | | |
|---|---|---|
| CHARLES WILLIAMSON<br>**PLAINTIFF** | § | |
| VS. | § | IN THE 412TH DISTRICT COURT |
| BASF CORPORATION<br>**DEFENDANT** | § | BRAZORIA COUNTY, TEXAS |

**RETURN OF SERVICE**

**On Tuesday, November 4, 2025 AT 9:25 AM**, CITATION, PLAINTIFF'S ORIGINAL PETITION for service on BASF CORPORATION C/O REGISTERED AGENT CT CORPORATION SYSTEM came to hand.

**On Tuesday, November 4, 2025 AT 2:48 PM, I, Tracy Dewayne Edwards, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** BASF CORPORATION C/O REGISTERED AGENT CT CORPORATION SYSTEM, by delivering to Intake Specialist: George Martinez, 1999 BRYAN STREET STE. 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is Tracy Dewayne Edwards. My e-mail address is info@easy-serve.com. I am at least 18 years old. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, Texas on Tuesday, November 4, 2025.

*Tracy Dewayne Edwards*

Tracy Dewayne Edwards
1201 Louisiana St Ste 370
Houston, TX 77002

JBCC Registration# PSC-1872 expires March 31, 2026



Copy from re:SearchTX

Service I.D. No. 327447

THE STATE OF TEXAS CITATION

**CAUSE NO. 137453-CV**
**412TH DISTRICT COURT**

TO: **BASF Corporation** Defendant
**By Serving Its Registered Agent**
**CT Corporation**
**1999 Bryan Street, Suite 900**
**Dallas, TX 75201**

NOTICE:

You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Original Petition** a Default Judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 237 E. Locust, Room 206, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address.

The case is presently pending before the **412th District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **30th day of October, 2025.** It bears Cause No. **137453-CV** and Styled:

**Charles Williamson**
**vs.**
**BASF Corporation**

The name and address of the Attorney filing this action (or Party, if Pro se) is, **Terry Bryant, Terry Bryant PLLC, 8584 Katy Freeway, Suite 100, Houston, Texas 77024.**

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition to be attached to this Citation by Plaintiff's attorney.

Issued under my hand and the seal of said Court, at Angleton, Texas, on the **4th day of November, 2025.**

**CASSANDRA TIGNER, DISTRICT CLERK**
**Brazoria County, Texas**

By R.K. Compton II Deputy
Robert Compton

DISTRICT COURT ★ BRAZORIA COUNTY, TEXAS ★

Citation (no service copies)

Service Copy

Copy from re:SearchTX